UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v -

Jose Sebastian Pena Villanueva,

19 CR 134-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The sentencing scheduled for March 16, 2020 is adjourned to April 1, 2020 at 11:30 a.m.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 15, 2020
New York, New York