UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v -

Jose Sebastian Pena Villanueva,

19 CR 134-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The sentencing scheduled for April 1, 2020 is adjourned to June 1, 2020 at 11:00 a.m.

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 15, 2020
New York, New York