UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          - v -<br><br>Jose Sebastian Pena Villanueva, | 19 CR 134-01 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The sentencing scheduled for June 1, 2020 is adjourned to September 30, 2020 at 11:00 a.m.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
Senior United States District Judge

Dated: June 1, 2020
New York, New York