**COHEN, FRANKEL & RUGGIERO, LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

January 4, 2021

**VIA ECF**
The Honorable Loretta A. Preska
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Defendant's request for an
adjournment until April 7, 2021 at
10:00 a.m. is granted.  SO ORDERED.
```
*[signature]* 01/04/2021

Re:  *United States v. Jose Peña Villanueva*
**19 Cr. 134 (LAP)**

Dear Judge Preska:

      Please recall that I represent Mr. Jose Peña Villanueva in his defense of the above-referenced matter, which is presently scheduled for an in-court sentencing hearing before Your Honor on January 14, 2021 at 10:00 a.m. After conferring with my client, I write to request that the sentencing hearing be adjourned, at the defendant's request, until April 7, 2021 at 10:00 a.m., in order to enable Mr. Peña Villanueva to appear for an in-court sentencing hearing. This request is necessitated by the COVID-19 pandemic. I have spoken with A.U.S.A. Nicholas Chiuchiolo who has no objection to the defense's request.

      Thank you for your attention to this matter. Happy New Year.

Respectfully submitted,

*[signature]*

Mark I. Cohen, Esq.

MIC/yg

Cc: A.U.S.A. Nicholas Chiuchiolo, (via ECF)
     Mr. Jose Peña Villanueva (via inmate mail)